IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLES DOBBINS, | : | |
| *Petitioner*, | : | |
| | : | CIVIL ACTION |
| v. | : | NO. 18-5326 |
| | : | |
| STATE CORRECTIONAL INSTITUTION, | : | |
| et al., | : | |
| *Respondents*. | : | |

## ORDER

**AND NOW**, this 5th day of January, 2022, upon consideration of Petitioner's Petition for Writ of Habeas Corpus (ECF No. 13) and Respondents' Response thereto (ECF No. 20), and after review of the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski (ECF No. 24), to which no objections have been filed, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**.

2. The Petition for Writ of Habeas Corpus is **DISMISSED WITHOUT PREJUDICE**.

3. Petitioner's request to stay this matter (ECF No. 18) is **DENIED**.

4. There is no basis for the issuance of a certificate of appealability.

5. The Clerk of Court is **DIRECTED** to mark this case **CLOSED**.

BY THE COURT:

/s/ C. Darnell Jones, II
C. Darnell Jones, II    J.